IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TIERRA TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv95 (TSE/JFA) |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC. *et al.*, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF TIERRA TELECOM, INC.'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Tierra Telecom, Inc. respectfully moves this Court for entry of a protective order. The grounds for this motion are set forth in the accompanying memorandum of law.

Pursuant to Local Rule 7(E), counsel for the parties met and conferred on April 8 and 9, 2010, in a good faith effort to narrow the issues of disagreement.

| | |
|---|---|
| Dated: April 9, 2010 | /s/ Coke Morgan Stewart |
| | Alan M. Fisch *(pro hac vice)* |
| | Jason F. Hoffman *(pro hac vice)* |
| | Coke Morgan Stewart *(Va. Bar No. 41933)* |
| | R. William Sigler *(Va. Bar No. 65940)* |
| | KAYE SCHOLER LLP |
| | The McPherson Building |
| | 901 Fifteenth Street, NW |
| | Washington, DC 20005-2327 |
| | Phone: 202-682-3500 |
| | Fax: 202-682-3580 |
| | Email: alan.fisch@kayescholer.com |
| | Email: jason.hoffman@kayescholer.com |
| | Email: coke.stewart@kayescholer.com |
| | Email: bill.sigler@kayescholer.com |

*Attorneys for Tierra Telecom, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kimberly S. Walker
David Marion Foster
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue NW
Washington, DC 20004-2623
kwalker@fulbright.com
dfoster@fulbright.com

*Attorneys for Level 3 Communications, LLC*

Jonathan G. Graves
Robert D. Spendlove
Phillip E. Morton
COOLEY GODWARD KRONISH LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
jgraves@cooley.com
rspendlove@cooley.com
pmorton@cooley.com

*Attorneys for Qwest Communications Company, LLC*

Richard D. Rochford
NIXON PEABODY LLP
1100 Clinton Square
Rochester, New York 14604
rrochford@nixonpeabody.com

Louis E. Dolan, Jr.
NIXON PEABODY LLP
401 Ninth Street NW
Suite 900
Washington, DC 20004-2128
ldolan@nixonpeabody.com

Dabney J. Carr, IV
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
dabney.carr@troutmansanders.com

*Attorneys for Global Crossing Telecommunications, Inc.*

/s/ Coke Morgan Stewart
Coke Morgan Stewart
Va. Bar No. 41933
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Phone: 202-682-3500
Fax: 202-682-3580
Email: coke.stewart@kayescholer.com

*Attorney for Tierra Telecom, Inc.*