**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| TIERRA TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-CV-0095 (TSE/JFA) |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### GLOBAL CROSSING TELECOMMUNICATIONS, INC.'S
### MOTION FOR PROTECTIVE ORDER

Defendant Global Crossing Telecommunications, Inc. ("Global Crossing"), by counsel, moves, pursuant to Fed. R. Civ. P. 26(c) for entry of a Protective Order barring the depositions of Robert Nance, Debra Swann, Adam Uzelac and Christopher Smith, which plaintiff Tierra Telecom, Inc. has noticed for April 29, 2010. The grounds for this motion are more fully set forth in Global Crossing's Memorandum in Support of Motion to Quash and for Protective Order, which is filed contemporaneously herewith. Counsel states that a good faith effort has been made between counsel to resolve the discovery matters at issue in accordance with Local Rule 37(E).

                            GLOBAL CROSSING
                            TELECOMMUNICATIONS, INC.


                            By:_____/s/_____
                                   Of Counsel

Louis Edward Dolan, Jr., VSB # 34437
ldolan@nixonpeabody.com
NIXON PEABODY LLP
401 9th St., NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8000
(202) 585-8080 (Fax)

Richard D. Rochford, VSB # 24651
rrochford@nixonpeabody.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY 14604
(585) 263-1000
(585) 263-1600 (Fax)

Dabney J. Carr, IV, VSB #28679
dabney.carr@troutmansanders.com
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
(804) 697-1339 (Fax)

*Counsel for Global Crossing Telecommunications, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of April, 2010, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan M. Fisch
alan.fisch@kayescholer.com
Jason F. Hoffman
jason.hoffman@kayescholer.com
Coke Morgan Stewart
coke.stewart@kayescholer.com
R. William Sigler
bill.sigler@kayescholer.com
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327

Attorneys for Tierra, Inc.

Jonathan G. Graves
jgraves@cooley.com
Robert D. Spendlove
rspendlove@cooley.com
COOLEY GODWARD KRONISH LLP
One Freedom Square, Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656

Attorneys for Qwest Communications
Company, LLC

Kimberly S. Walker
kwalker@fulbright.com
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue NW
Washington, D.C.  20004-2623

Attorneys for Level 3 Communications, Inc.
and Level 3 Communications LLC

                                                                         /s/
Dabney J. Carr, IV, VSB #28679
dabney.carr@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
Counsel for Defendant Global Crossing
Telecommunications, Inc.

#1938568