IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | ) | |
|---|---|---|
| TIERRA TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv95 (TSE/JFA) |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC. *et al.*, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

Plaintiff Tierra Telecom, Inc. ("Tierra Telecom") has moved to dismiss all of its claims against Defendants Qwest Communications Company, LLC ("Qwest") and Qwest Communications International, Inc. ("QCII") with prejudice. Qwest and QCII joined in that motion and moved to dismiss all counterclaims against Tierra Telecom with prejudice. The Court, having considered the motion, is of the opinion that the motion for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims asserted by Tierra Telecom against Qwest and QCII and all counterclaims asserted by Qwest against Tierra Telecom are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

/s/

T. S. Ellis, III
United States District Judge

DATE: 5/7/10