IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TIERRA TELECOM, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10cv95 |
| | ) | |
| LEVEL 3 COMMUNICATIONS, | ) | |
| INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

The matter is before the Court on defendant Global Crossing's motions to sever (Docket No. 42) and transfer (Docket No. 43) this case. Because Global Crossing is the only remaining defendant in this case, the motion to sever is appropriately denied as moot. Moreover, for reasons stated in the Order dated April 30, 2010, the unopposed motion to transfer is appropriately granted.

Accordingly, and for good cause,

It is hereby **ORDERED** that Global Crossing's motion to sever (Docket No. 42) is **DENIED AS MOOT**.

It is further **ORDERED** that Global Crossing's motion to transfer (Docket No. 43) is **GRANTED**. Accordingly, this matter is **TRANSFERRED** to the Western District of New York, Rochester Division.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
May 7, 2010

T. S. Ellis, III
United States District Judge